**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 23-6104

MATTHEW DOUGLAS MESSER,

　　　　Plaintiff - Appellant,

　　v.

CHRIS BUNTING, Correctional Officer; CRAVEN COUNTY SHERIFF'S
DEPARTMENT; CRAVEN COUNTY DETENTION CENTER; CHIP HUGHES, Craven
County Sheriff,

　　　　Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at
Raleigh.  Terrence W. Boyle, District Judge.  (5:22-ct-03065-BO)

Submitted:  June 22, 2023　　　　　　　　　　　Decided:  June 27, 2023

Before HARRIS and HEYTENS, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Matthew Douglas Messer, Appellant Pro Se.  Brian Florencio Castro, WOMBLE BOND
DICKINSON LLP, Raleigh, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Matthew Douglas Messer appeals the district court's dismissing his 42 U.S.C. § 1983 complaint for failure to prosecute under Fed. R. Civ. P. 41(b). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Messer v. Bunting*, No. 5:22-ct-03065-BO (E.D.N.C. Jan. 24, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*